IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN L. BALLARD,

Plaintiff,

vs.

SHAWN SETTLES, Warden TSCI; APRIL
BOLAND JUNE, Assistant Warden;
CAPTIAN-SIMON, TSCI's SMU; KERR, Sgt;
BREMER, Sgt; DAVIS-D, Sgt; GRAPH,
Corporal; BEARA, Corporal; LAUNSFORD,
Corporal; and RODRIGUEZ, Chairperson;

Defendants.

8:26CV18

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's "Motion for Request for Extension of Time" (the "Motion to Extend"), Filing No. 8, seeking 30 additional days to comply with this Court's Order granting leave to proceed in forma pauperis ("IFP") and requiring payment of an initial partial filing fee of $2.38, by February 26, 2026, Filing No. 6. In support Plaintiff contends he requires additional time to obtain the funds necessary to pay the initial partial filing fee and believes he can receive such funds in the next 30 days. Filing No. 8. Good cause having been shown, the Court shall grant the Motion to Extend.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion to Extend, Filing No. 8, is granted.  Plaintiff shall have through and until April 1, 2026, to submit his $2.38 initial partial filing fee.

2.      The Clerk of Court shall terminate the February 26, 2026, initial partial filing fee case management deadline and shall set the following pro se case management deadline of **April 1, 2026**: initial partial filing fee payment due.

Dated this 2nd day of March, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge