IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN L. BALLARD,

Plaintiff,

vs.

SHAWN SETTLES, Warden TSCI; APRIL
BOLAND JUNE, Assistant Warden;
CAPTIAN-SIMON, TSCI's SMU; KERR, Sgt;
BREMER, Sgt; DAVIS-D, Sgt; GRAPH,
Corporal; BEARA, Corporal; LAUNSFORD,
Corporal; and RODRIGUEZ, Chairperson;

Defendants.

8:26CV18

MEMORANDUM AND ORDER

Before the Court is a Motion to Amend (the "Motion"), Filing No. 10, filed by Plaintiff Kevin L. Ballard.  For the reasons that follow, Plaintiff's Motion shall be granted in accordance with this Memorandum and Order.

Rule 15 of the Federal Rules of Civil Procedure provides "[t]he court should freely give leave [to amend] when justice so requires."  Fed. R. Civ. P. 15(a)(2).  Therefore, this Court may freely grant Plaintiff leave to amend his Complaint at this early stage of the proceedings.  However, Nebraska Civil Rule 15.1 provides that "[a] party who moves for leave to amend a pleading (including a request to add parties) must file as an attachment to the motion an unsigned copy of the proposed amended pleading that clearly identifies the proposed amendments."  NECivR 15.1(a).  In pro se cases, the Court may consider an amended pleading as supplemental to the original pleading.   NECivR 15.1(b).

While Plaintiff has failed to comply with the local rules of this Court as he did not attach his proposed amended complaint to the Motion, this Court shall allow Plaintiff to file an amended complaint within 30 days from the date of this Memorandum and Order.

Plaintiff must note, **an amended complaint will supersede, not supplement, the previously filed Complaint at Filing No. 1. Plaintiff must include all of the claims he wishes to pursue against all of the individuals that he wishes to proceed against in his amended complaint, without relying upon or incorporating by reference any allegations made in the original complaints. Plaintiff should be mindful to explain in his amended complaint what each defendant did to him, when and where the defendant did it, and how the defendant's actions harmed him.** Plaintiff is encouraged to use the form complaint enclosed with this order in amending his complaint.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's Motion to Amend, Filing No. 10, is granted.

2.      Plaintiff now has through and until **July 6, 2026**, to file an amended complaint in compliance with this order. If Plaintiff fails to file an amended complaint or otherwise respond or seek an extension to do so prior to the expiration of the July 6, 2026, deadline, the Court shall perform an initial review of the claims set forth in Plaintiff's Initial Complaint, Filing No. 1, to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2).

3.      The Clerk's Office is directed to set a pro se case management deadline in this case using the following text: **July 6, 2026**: Check for amended complaint.

4.      The Clerk of the Court is directed to send Plaintiff the Form Pro Se 14 ("Complaint for Violation of Civil Rights (Prisoner)").

Dated this 3rd day of June, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court